IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KINSALE INSURANCE
COMPANY,

    Plaintiff,

v.                                          CASE NO:

PREMIER AIR CONDITIONING &
REFRIGERATION, INC. and LINK
CONSTRUCTION GROUP, INC.

    Defendant.
_____/

## COMPLAINT FOR DECLARATORY RELIEF

KINSALE INSURANCE COMPANY ("Kinsale") files suit against PREMIER AIR CONDITIONING & REFRIGERATION, INC. ("Premier") and LINK CONSTRUCTION GROUP, INC. ("Link Construction"), and alleges:

### NATURE OF THE ACTION

1. This is an action for declaratory relief under 28 U.S.C. § 2201 regarding coverage under a liability insurance policy.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship and because the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Venue is proper in this district since "a substantial part of the events … giving rise to the claim[s] occurred" in this district. *See* 28 U.S.C. § 1391(b)(2). More specifically, the underlying lawsuit against Premier and Link Construction was filed in this district, the property

that is the subject of the underlying lawsuit is located in this district, and the Kinsale insurance policy was issued and delivered to Premier in this district.

4. All conditions precedent occurred, been performed, or were waived.

## THE PARTIES

5. Kinsale is an Arkansas corporation with its principal place of business in Virginia. Accordingly, Kinsale is a citizen of Arkansas and Virginia. For purposes of this action, Kinsale is a surplus lines insurer that issued a commercial general liability policy to Premier.

6. Premier is a Florida corporation with its principal place of business in Florida. Accordingly, Premier is a citizen of Florida.

7. Link Construction is a Florida corporation with its principal place of business in Florida. Accordingly, Link Construction is a citizen of Florida.

## THE LAWSUITS

8. On December 8, 2023, TF North Run, LLC ("North Run") filed suit against Premier and Link Construction, among others, in circuit court in Miami-Dade County, Florida, styled *TF North Run, LLC v. Link Construction Group, Inc., et al.*, Case No. 2023-027927-CA-01.

9. On January 14, 2025, North Run filed an amended complaint. (*See* Exhibit "A," the operative amended complaint.)

10. According to the amended complaint, North Run hired Link Construction as the general contractor for the construction of six auto loft garage buildings at the Concours Club in Opa-Locka, Florida. (See Ex. A, ¶3.)

11. Link Construction hired Premier as the mechanical subcontractor to deliver and install the mechanical components, including but not limited to the HVAC Rooftop units. (*See* Ex. A, ¶18.)

12. The crux of the underlying suit is that Link Construction and Premier are liable for

defects in the construction of the project. (*See* Ex. A, ¶50.)

13.     On 01/22/2024, Link Construction filed a cross claim against Premier and others for Breach of Contract, Contractual Indemnity, Common Law Indemnity and Negligence. (*See* Exhibit "B," the crossclaim.)

## THE POLICY

14.     Kinsale issued and delivered a surplus lines, commercial liability policy to Premier, bearing Policy No. 0100127746-1, and effective from September 25, 2021 to September 25, 2022.[1] (*See* Exhibit "C," policy.)

15.     Before the policy was issued, all forms and endorsements were disclosed to Premier in a Quote and in a Binder, which Premier accepted.

16.     Premier seeks coverage under the Kinsale policy for the amended complaint and the crossclaim, and Link seeks coverage as an additional insured under the policy for the amended complaint.

## COUNT I – LATE NOTICE
(Against Premier)

17.     Kinsale incorporates paragraphs 1 through 16.

18.     The primary policy contains a "Duties In The Event Of Occurrence, Offense, Claim

---

[1] Surplus lines insurance is a type of insurance available when, due to the nature and severity of the risk, an insured cannot obtain coverage from insurers authorized to do business in the state." *Klopman v. Zurich Am. Ins. Co. of Illinois*, 233 Fed. Appx. 256, 258 n.1 (4th Cir. 2007). In other words, surplus lines is insurance of last resort for distressed or particularly problematic risks. *United Capitol Ins. Co. v. Kapiloff*, 155 F.3d 488, 491 (4th Cir. 1998) ("Surplus lines are substandard risks that standard markets generally do not handle."). The insured could not obtain insurance through the admitted market so as a last resort it purchased an insurance policy from Gemini in the surplus lines market, which generally has more restrictive terms than the admitted market. *See Raven Envtl. Restoration Servs., LLC v. United Nat'l Ins. Co.*, 489 F. Supp. 3d 1372, 1376 (S.D. Fla. 2020) (noting a surplus lines insurer often has "more restrictive terms or exclusions on its policies.").

Or Suit" section, Form CG 00 01 04 13. (*See* Ex. C, at 16.) In pertinent part, it provides:

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** …

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. …

    **b.** If a claim is made or "suit" is brought against any insured, you must:

        **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

        **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"; …

        **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; …

19. North Run filed suit against Premier on December 8, 2023.

20. Premier failed to notify Kinsale.

21. On January 22, 2024, Link Construction filed a crossclaim against Premier.

22. Premier again failed to notify Kinsale.

23. The first time Premier requested a defense or indemnity from Kinsale for the amended complaint and crossclaim was on August 19, 2025, which was 20 days before the trial period.

24. Prior to August 19, 2025, Premier never requested a defense or indemnity from Kinsale for the amended complaint and crossclaim.

25. Kinsale received the request for coverage when the lawsuit was 20 months old, the

parties participated in mediation twice, the docket contained 413 entries, motions were filed, experts were hired, hearings were held, settlement offers were made, critical litigation deadlines expired, and trial was set to start in a matter of weeks.

26. Kinsale is prejudiced by Premier's late notice. Kinsale was deprived of all opportunity to investigate, select counsel, engage in motion practice, evaluate the extent of the damages, and consider settlement opportunities and trial strategy.

27. Kinsale accordingly has no duty to defend or indemnify Premier in the underlying lawsuit or crossclaim.

## COUNT II – BREACH OF COOPERATION
(Against Premier)

28. Kinsale incorporates paragraphs 1 through 16.

29. The primary policy contains a "Duties In The Event Of Occurrence, Offense, Claim Or Suit" section, Form CG 00 01 04 13. (*See* Ex. C, at 16.) In pertinent part, it provides:

> **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** …
>
> **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit …**
>
>    **c.** You and any other involved insured must:
>
>       **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"; …
>
>       **(2)** Authorize us to obtain records and other information;
>
>       **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and
>
>       **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

30. North Run filed suit against Premier on December 8, 2023.

31. Premier failed to notify Kinsale.

32. On January 22, 2024, Link Construction filed a crossclaim against Premier.

33. Premier again failed to notify Kinsale.

34. Kinsale received a demand from Link against Premier. On 01/27/2025, Kinsale contacted Premier, as its named insured, to request information regarding the litigation, including the amended complaint, deposition summaries, and any other documents regarding the underlying suit and crossclaim. (*See* Exhibit D, letter to Premier and its counsel.)

35. Kinsale did not receive a response.

36. On 01/29/2025, Kinsale sent a follow up email requesting the same documents.

37. Kinsale did not receive a response.

38. On 01/31/2025, Kinsale followed up again with a phone call to Premier's personal defense counsel, and a third email requesting the documents.

39. Kinsale did not receive a response or a call back.

40. On 02/03/2025, Kinsale followed up again with a phone call and a fourth email.

41. Kinsale again did not receive a response.

42. On 02/04/2025, Kinsale followed up with a phone call.

43. Kinsale again did not receive any response.

44. On 02/11/2025, because Premier refused to respond, Kinsale sent Premier a comprehensive letter describing everything that transpired. The letter advised Premier that "[t]o date, no one from Premier or the Barthet firm has requested Kinsale participate in the defense of the Complaint or any Cross-Complaint. The Barthet Firm has not responded to Kinsale's multiple requests for more documentation. As such, Kinsale must assume that Premier and the Barthet Firm are not seeking Kinsale's participation in the defense and/or indemnity of this matter and Kinsale will be closing our file."

45. Kinsale received no response.

46. The first time Premier requested a defense or indemnity from Kinsale for the amended complaint and crossclaim was on August 19, 2025, which was 20 days before the trial period.

47. Under the terms of the policy, Premier has a duty to cooperate with Kinsale that requires it to immediately send Kinsale copies of any demands, notices, summonses or legal papers received in connection with any claim or suit. (*See* Ex. C, at 16.)

48. Moreover, to the extent it seeks coverage, Premier has a duty to cooperate with Kinsale in the investigation or defense of any suit.

49. Premier breached its duty to cooperate by repeatedly ignoring Kinsale's several requests for the documents regarding the underlying suit.

50. Kinsale accordingly has no duty to defend or indemnify Premier in the underlying lawsuit or crossclaim.

### COUNT III – NO COVERAGE FOR "PROPERTY DAMAGE" OUTSIDE THE POLICY PERIOD
(Against Premier)

51. Kinsale incorporates paragraphs 1 through 16.

52. Under the policy's insuring agreement, there is only coverage for "property damage" that "occurs during the policy period…." (*See* Ex. C, at 6.)

53. North Run alleges several defects in the construction of the project where Link Construction served as the general contractor. (*See* Ex. A, at 3.)

54. Link Construction hired Premier as the mechanical subcontractor to deliver and install the mechanical components including but not limited the HVAC Rooftop units. (*See* Ex. A, at 18.)

55. North Run alleges the roofs were fully installed in late 2022. (*See* Ex. A, at 18.)

56. North Run further alleges it first notified Link Construction of the roof leaks on November 22, 2022. (*See* Ex. A, at 19.)

57. To the extent there is any coverage under the policy, Kinsale is not responsible for "property damage" that occurred before or after the Kinsale policy period, which is limited to the period from September 25, 2021 to September 25, 2022.

## COUNT IV – NO ADDITIONAL INSURED
(Against Link Construction)

58. Kinsale incorporates paragraphs 1 through 16.

59. The policy contains an "Additional Insured – Owners, Lessees or Contractors – Completed Operations Endorsement," Form CG 20 37 12 19. (*See* Ex. C, at 76.) In pertinent part, it provides:

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| As required by written contract executed prior to the date of occurrence but only to the extent permitted by law. The insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured. | As designated in written contract with the Named Insured. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard". …

60. The policy also contains an "Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement," Form CG 20 10 12 19. (*See* Ex. C, at 73.) In pertinent part, it provides:

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| As required by written contract executed prior to the date of occurrence but only to the extent permitted by law. The insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured. | As designated in written contract with the Named Insured. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above. …

61. The policy only provides additional insured coverage for property damage caused, in whole or in part, by Premier's work. (*See* Ex. C, at 73, 76.)

62. The operative complaint contains two counts against Link Construction for direct Breach of Contract. (*See* Ex. A, at 13.)

63. The operative complaint does not include a count against Link Construction for Vicarious Liability for Premier's work. (*See* Ex. A, at 13.)

64. Accordingly, Link Construction does not qualify as an additional insured under the policy issued to Premier.

65. Kinsale accordingly has no duty to defend or indemnify Link Construction in the underlying lawsuit.

### COUNT V – NO COVERAGE FOR DAMAGES OUTSIDE THE POLICY PERIOD
(Against Link Construction)

66. Kinsale incorporates paragraphs 1 through 16.

67. Under the policy's insuring agreement, there is only coverage for "property damage" that "occurs during the policy period…." (*See* Ex. C, at 6.)

68. North Run alleges defects in the construction of the project where Link Construction served as the general contractor. (*See* Ex. A, at 3.)

69. Link Construction hired Premier as the mechanical subcontractor to deliver and install the mechanical components including but not limited the HVAC Rooftop units. (*See* Ex. A, at 18.)

70. North Run alleges the roofs were fully installed in late 2022. (*See* Ex. A, at 18.)

71. Among others, North Run further alleges it first notified Link Construction of the

roof leaks on November 22, 2022.

72. To the extent there is any coverage under the policy, Kinsale is not responsible for "property damage" that occurred before or after the Kinsale policy period, which is limited to the period from September 25, 2021 to September 25, 2022.

## REQUESTED RELIEF

Kinsale respectfully requests that this Court:

a. Take jurisdiction and adjudicate the rights of the parties under the Kinsale policy;

b. Find and declare that Kinsale does not have a duty to defend or indemnify Premier in the underlying lawsuit or cross claim based on its late notice;

c. Find and declare that Kinsale does not have a duty to defend or indemnify Premier in the underlying lawsuit or cross claim based on its breach of cooperation;

d. Find and declare that Kinsale does not have a duty to defend or indemnify Link Construction in the underlying lawsuit because Link Construction does not qualify as an additional insured under the policy;

e. Find and declare that Kinsale does not have a duty to indemnify Premier or Link Construction for property damage that occurred outside the policy period;

f. Award Kinsale its costs in this action, as well as any other relief that this Court deems, equitable, just, and proper.[2]

Respectfully submitted,

/s/ SINA BAHADORAN
**SINA BAHADORAN**
Florida Bar No. 523364
sina.bahadoran@clydeco.us
**AARON WARREN**
Florida Bar No. 96162
aaron.warren@clydeco.us
**DANIEL TRINCADO**
Florida Bar No. 1034537
daniel.trincado@clydeco.us

Clyde & Co US LLP

---

[2] Kinsale reserves the right to assert additional defenses to Premier and Link's requests for defense and indemnification from Kinsale.

1221 Brickell Avenue<br>
Suite 1600<br>
Miami, Florida 33131<br>
T: 305.446.2646

## CERTIFICATE OF SERVICE

I CERTIFY that on 09/17/2025, this document was e-filed using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants.

/s/ SINA BAHADORAN<br>
<b>SINA BAHADORAN</b>